IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DISH NETWORK, L.L.C., NAGRASTAR LLC, | § § § § § § § § § § § | SA-19-CV-01171-DAE |
| *Plaintiffs,* | | |
| vs. | | |
| ARNOLDO DEL CARMEN, | | |
| *Defendant.* | | |

**ORDER**

Before the Court in the above-styled cause of action is the Motion for Default Judgment filed by Plaintiffs Dish Network LLC and Nagrastar LLC [#8]. This case was referred to the undersigned for pretrial proceedings pursuant to Federal Rule of Civil Procedure 72 and Rules CV-72 and 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas on January 31, 2020.

The record reflects that Defendant Arnoldo Del Carmen was served with Plaintiffs' Summons and Complaint on October 5, 2019, making his answer due on October 28, 2019 [#5]. To date, Del Carmen has failed to file an answer or otherwise make an appearance in this case. Plaintiffs moved for a Clerk's Entry of Default, which was granted and entered on December 16, 2019 [#7]. Plaintiffs now move for a Final Default Judgment against Del Carmen. To ensure that Del Carmen receives proper notice of these court filings and an opportunity to cure his default prior to the Court's issuance of a Final Default Judgment,

1

**IT IS HEREBY ORDERED** that the District Clerk's Office mail a copy of this Order, as well as Docket Entries #7 and #8 by regular United States mail and certified mail, return receipt requested, to:

Arnoldo Del Carmen
9822 Amber Ledge
San Antonio, TX 78245

**IT IS FURTHER ORDERED** that Defendant Arnoldo Del Carmen shall file any response to the Motion for Default Judgment [#8] on or before **February 25, 2020**.

**IT IS SO ORDERED.**

SIGNED this 4th day of February, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE